IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH BANKS, | ) | CASE NO. 1:21-cv-665 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **PLAINTIFF'S ATTORNEY'S FEES** |
| | ) | **ITEMIZATION** |
| HHC OHIO, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Judith Banks, by and through undersigned counsel, and pursuant to the Court's Case Management Order, hereby submits the following preliminary estimate and/or budget of the amount of attorney's fees and expenses anticipated in this matter:

| **ATTORNEY'S FEES** | | **COSTS** | |
|---|---|---|---|
| Preliminary Investigation And Filing Complaint | $2,000.00 | Depositions | $3,000.00 |
| Procedural Motions Practice | N/A | Experts | $1,000.00 |
| Discovery | $10,000.00 | Witness Fees | $500.00 |
| Dispositive Motions Practice | $8,000.00 | Other | $2,500.00 |
| Settlement Negotiations | $5,000.00 | | |
| Trial | $15,000.00 | | |
| **TOTAL FEES** | **$40,000.00** | **TOTAL COSTS** | **$7,000.00** |

The Employee's Attorney.™



Respectfully submitted,

*/s/ Fred M. Bean*

Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Fred.Bean@SpitzLawFirm.com

*Attorney For Plaintiff Judith Banks*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the ECF Filing System this 18th day of August, 2021 upon all parties.

*/s/ Fred M. Bean*

Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**