*The Court grants the joint motion to reset dispositive motion deadline and to set mediation. 10/28/21*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH BANKS, | ) | CASE NO. 1:21-cv-665 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **JOINT MOTION TO SET** |
| | ) | **MEDIATION CONFERENCE AND** |
| HHC OHIO, INC. | ) | **RESET DISPOSITIVE MOTION** |
| | ) | **DEADLINE** |
| Defendant. | ) | |

Plaintiff Judith Banks and Defendant HHC Ohio, Inc., by and through undersigned counsel, hereby jointly and respectfully move this Honorable Court for an order continuing the dispositive motion deadline, currently set for November 29, 2021, and resetting that deadline for December 31, 2021. The reasons for the parties' request is two-fold: first, counsel for both Plaintiff and Defendant are currently involved in multiple jury trials during the month of November, which will complicate their ability to conduct depositions in this matter prior to the current dispositive motion deadline. The parties are presently working on completing written discovery and plan to issue complete responses within the next few weeks.

Second, the parties believe that this matter is ripe for additional settlement discussions and would like to engage in a mediation with the Magistrate Judge, preferably in late November, in order to determine whether this matter can be resolved without the need for further litigation expense, including depositions. If the matter fails to resolve at mediation, the parties would then plan to finish depositions and file any necessary dispositive motions before the end of the year.

Based on the foregoing, the parties represent that this Motion is not for the purposes of delay nor will it cause any undue prejudice to any party in this matter. For these reasons, the parties jointly request that this Motion be granted, and that a teleconference be scheduled with the Chambers of Magistrate Judge David A. Ruiz to schedule mediation in this matter.